UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISELDA HOWARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02097-R-RAO<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)** |

PURSUANT TO THE PARTIES STIPULATION, IT IS ORDERED that this matter be dismissed, with prejudice, in accordance with the terms of the Stipulation.

**IT IS SO ORDERED.**

Dated: February 14, 2018

Hon. Manuel L. Real
Judge, United States District Court

[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE

864241.01/SD